```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

ISABELLE OFUME,                  )
          Plaintiff,             )
     v.                          )  C.A. No. 12-10959-JLT
                                 )
HOLYOKE HIGH SCHOOL, et al.,     )
          Defendants.            )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated May 28, 2013, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

```
                                 ROBERT M. FARRELL
                                 ACTING CLERK OF COURT


Dated: 5/29/13              By   /s/ Zita Lovett
                                 Deputy Clerk
```